UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-146-T-35AEP

WILLIE MCNEAL IV,

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney James A. Muench, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Jay G. Trezevant and Trial Attorneys Jacob Foster, John Michelich, and Catherine Wagner, on behalf of the Government.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
