UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-146-T-35AEP

WILLIE MCNEAL IV,

## **BILL OF PARTICULARS**
### (Forfeiture)

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following assets are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment:

    a.    An order of forfeiture in the amount of the proceeds obtained from the kickback offenses;

    b.    The real property located at 18116 Winding Oaks Blvd, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

        Lot 1, 2 and 3, of Autumn Oaks South, according to the Plat thereof, recorded in Plat Book 58, Page(s) 81 through 84, of the Public Records of Pasco County, Florida.

        Parcel Identification Number: 02-24-17-0030-00000-0010.;

    c.    The real property located at 18130 Winding Oaks Blvd, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 1, 2 and 3, of Autumn Oaks South, according to the Plat thereof, recorded in Plat Book 58, Page(s) 81 through 84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 02-24-17-0030-00000-0020;

d. The real property located at 18140 Winding Oaks Blvd, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 1, 2 and 3, of Autumn Oaks South, according to the Plat thereof, recorded in Plat Book 58, Page(s) 81 through 84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 02-24-17-0030-00000-0030;

e. The real property located at 5262 Applegate Drive, Unit 101, Spring Hill, FL 34608, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Units 101 and 102, APPLEGATE PROFESSIONAL CENTER CONDOMINIUM, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 2250, page 526, of the Public Records of Hernando County, Florida, and all amendments thereto, together with its undivided share in the common elements.

Parcel Identification Number: R29 223 17 9045 0000 0101;

f. The real property located at 5258 Applegate Drive, Unit 102, Spring Hill, FL 34608, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Units 101 and 102, APPLEGATE PROFESSIONAL CENTER CONDOMINIUM, a Condominium according to the Declaration of Condominium thereof recorded in

Official Records Book 2250, page 526, of the Public Records of Hernando County, Florida, and all amendments thereto, together with its undivided share in the common elements.

Parcel Identification Number: R29 223 17 9045 0000 0101;

g. The real property located at 18029 Oggie Lane, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 5 of Autumn Oaks South, according to the Map or Plat thereof as recorded in Plat Book 58, Page(s) 81 through 84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 02-24-17-0030-00000-0050;

h. The real property located at 17910 Oggie Lane, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 11, Autumn Oaks South, according to the Plat thereof, recorded in Plat Book 58, Page(s) 81-84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 11-24-17-0030-00000-0110;

i. The real property located at 17924 Oggie Lane, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 12, Autumn Oaks South, according to the Plat thereof, recorded in Plat Book 58, Page(s) 81-84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 11-24-17-0030-00000-0120;

j. The real property located at 17942 Oggie Lane, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 5 of Autumn Oaks South, according to the Map or Plat thereof as recorded in Plat Book 58, Page(s) 81 through 84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 11-24-17-0030-00000-0130;

k. The real property located at 18002 Oggie Lane, Hudson, FL 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 14, Autumn Oaks South, according to the Map or Plat thereof as recorded in Plat Book 58, Page(s) 81-84, of the Public Records of Pasco County, Florida.

Parcel Identification Number: 02-24-17-0030-00000-0140;

l. A 2019 Ford F-150 4x4 Raptor (Black), VIN No. 1FTFW1RG7KFA08644, titled to Willie McNeal;

m. Approximately $60,575.97 seized from Regions Bank account number 0221409587, in the name of Integrated Support Plus, Inc.;

n. Approximately $5,052,962.72 seized from Regions Bank account number 0221409595, in the name of Integrated Support Plus, Inc.;

o. Approximately $1,360,306.91 seized from Regions Bank account number 0264845370, in the name of Willie McNeal;

p. Approximately $427,269.06 seized from Regions Bank account number 0261565431, in the name of Paradise Trust Company, LLC; and

q. Approximately $1,967.06 seized from Regions Bank account number 0264845338, in the name of Nicole McNeal.

>Respectfully Submitted,
>
>MARIA CHAPA LOPEZ
>United States Attorney
>
>By: *s/James A. Muench*
>JAMES A. MUENCH
>Assistant United States Attorney
>Florida Bar Number 472867
>400 North Tampa Street, Suite 3200
>Tampa, Florida 33602
>(813) 274-6000 – telephone
>E-mail: james.muench2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
