IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

WILLIE MCNEAL, IV,

    Defendant.

Case No. 8:19-cr-00146-MSS-AEP

## ORDER

The Court, having considered the Defendant Willie McNeal, IV's Unopposed Motion to Seal and for good cause shown, finds:

1. Exhibit 2 to Defendant Willie McNeal, IV's Motion to Modify Conditions of Release contains confidential and sensitive information related to Defendant's personal finances.

2. Defendant's interest in sealing this document is of a compelling nature, and there is a strong public interest in keeping the matters described therein under seal.

3. The Court has considered procedures other than sealing, but none would suffice to protect the information subject to sealing.

4. There are no opposing concerns that the public might be harmed by non-disclosure of the proposed sealed document.

NOW THEREFORE, IT IS ORDERED that:

1. Defendant's motion to seal is GRANTED.

2. The Clerk shall file Exhibit 2 under seal until further order of this Court.

ENTERED this 16th day of April, 2019.

*Amanda Arnold Sansone*
United States Magistrate Judge